UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS GAROUFALIS,

    Plaintiff,

v.

Case No. 21-cv-10170
Hon. Matthew F. Leitman

COUNTY OF WAYNE, et al.,

    Defendant.
_____/

### ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 70) AND MOTION TO DISMISS (ECF No. 57)

On September 23, 2022, the Court held a hearing on Defendant Sarah A. Harwood's motion for summary judgment (ECF No. 70) and the motion to dismiss for lack of subject matter jurisdiction filed by Defendants Beaumont Hospital, Sarah A. Harwood, and Zafar Shamoon (ECF No. 57).  For the reasons stated on the record, both motions are **DENIED.**

    IT IS SO ORDERED.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  September 23, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126