UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS GAROUFALIS,

     Plaintiff,

                              Case No. 21-cv-10170

v.                            Hon. Matthew F. Leitman

COUNTY OF WAYNE, *et al*.,

     Defendants.

_____/

## ORDER (1) STAYING DEPOSITIONS AND (2) REQUIRING PARTIES TO ATTEND STATUS CONFERENCE

On December 8, 2023, Defendants Wellpath, LLC, Dione Wilson, Venus Graham, LaTanya Meadows, Stacey Coleman, Margaret Barden, Mary Humes, and the Estate of Angelo Patsalis filed an emergency motion for a protective order precluding the Plaintiff from taking additional depositions in this action. (*See* Mot., ECF No. 100.)  The Court has reviewed the motion and concludes that the best way to address the motion is to hold a prompt status conference with the parties. Accordingly, the parties are hereby **ORDERED** to attend an on-the-record Zoom status conference on **December 15, 2023**, at **10:30 a.m.**  No additional depositions shall be noticed or take place until further order the Court following the status conference.  **IT IS SO ORDERED.**

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
Dated:  December 8, 2023        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 8, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126