UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS GAROUFALIS,

   Plaintiff,

v.

                          Case No. 21-cv-10170
                          Hon. Matthew F. Leitman

COUNTY OF WAYNE, *et al.*,

   Defendants.

_____/

**ORDER TERMINATING MOTIONS (ECF Nos. 99, 100, and 105) AS MOOT**

Currently pending before the Court are three motions: (1) Plaintiffs' motion to adjourn the scheduling order (*see* Mot., ECF No. 99); (2) Defendants' motion for the entry of a protective order (*see* Mot., ECF No. 100); and (3) Plaintiffs' motion to take additional depositions (*see* Mot., ECF No. 105)

In light of developments in this case since the motions were filed, the motions no longer present live issues that need to be decided by the Court. The motions (ECF Nos. 99, 100, and 105) are therefore **TERMINATED AS MOOT**.

   **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
Dated: February 2, 2024           UNITED STATES DISTRICT JUDGE

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2024, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126