UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS GAROUFALIS,

    Plaintiff,

v.

Case No. 21-cv-10170
Hon. Matthew F. Leitman

COUNTY OF WAYNE, *et al.*,

    Defendants.

_____/

### **ORDER (1) STAYING ACTION AND (2) ADMINISTRATIVELY TERMINATING ALL PENDING MOTIONS (ECF Nos. 111-120)**

Now pending before the Court are ten motions for summary judgment and one motion *in limine* filed by the Defendants. (*See* Motions, ECF Nos. 111-120.) The Court scheduled a hearing on all of the motions for January 23, 2025. (*See* Notice of Hearing, ECF No. 146.)

On November 15, 2024, Defendant Wellpath, LLC filed a notice in this action in which it informed the Court that (1) it had declared bankruptcy under Chapter 11 of the Bankruptcy Code and (2) the United States Bankruptcy Court for the Southern District of Texas had issued an order to stay proceedings in this action in light of Wellpath's bankruptcy. (*See* Notice, ECF No. 148.) On November 20, 2024, the Court held an on-the-record status conference with counsel for all parties to discuss the impact, if any, of Wellpath's bankruptcy on this case.

1

Following a constructive discussion on the record, counsel and the Court agreed that the most efficient path forward is as follows. The Court will **STAY** this action until further order of the Court. In addition, the Court will **ADJOURN** its previously scheduled hearing date and administratively **TERMINATE** all pending motions (ECF Nos. 111-120) **WITHOUT PREJUDICE**. Those motions may be reinstated, if necessary, once the Court and parties receive further clarity on the impact of Wellpath's bankruptcy on this action. Counsel for Plaintiff Nicholas Garoufalis shall keep the Court updated on any effort Garoufalis may take to try to lift the stay issued by the Bankruptcy Court, and, when appropriate, the Court will convene a status conference with counsel to discuss next steps in this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 20, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 20, 2024, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761